IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GUILLERMO IGLESIAS LICOR,

*Petitioner*,

v.

WARDEN, MOSHANNON VALLEY ICE
PROCESSING CENTER, *et al*,

*Respondents*.

Civil Action No. 3:26-cv-926

Hon. William S. Stickman IV

## **CASE MANAGEMENT ORDER**

AND NOW, this 19th day of May 2026, IT IS HEREBY ORDERED as follows:

1. **Service**. The Court hereby notifies Petitioner that copies of this order and the Petition were emailed by the Court to the United States Attorney's Office for the Western District of Pennsylvania this day. This email service is deemed sufficient to accomplish formal service of the Petition on Respondents.

2. **Respondents' counsel notice of appearances**. Counsel for Respondents shall file a notice of appearance within **3 days** of this date.

3. **Respondents' response to the petition.** Respondents shall file any response or answer to the petition, not to exceed 25 pages, within **30 days** of the date of service.

BY THE COURT:

s/ William S. Stickman IV
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE